# GENERAL FUND

FOR THE SOUTHERN DISTRICT OF
ALABAMA FOR THE RESPECTIVE PAYEES AND FOR THE AMOUNT AS SHOWN HEREIN:
COVERING THE PERIOD 08/20/2020

| CASE NO. | | DEBTOR | PAYEE | ADDRESS | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|---|
| 15-01919 | #626 | BRETTA CLE-LIE WRIGHT | AMERICAN LOAN COMPANY | 5864 HWY 90 THEODORE, AL 36582 | 240414 | $ 10.56 |
| 15-02007 | #625 | ROBERT LEE RAMSEY QUEEN ESTER RAMSEY | APPROVED CASH ADVANCE | 1306 E. HIGHLAND AVENUE SELMA, AL 36701 | 240460 | $ 184.06 |
| 15-02007 | #625 | ROBERT LEE RAMSEY QUEEN ESTER RAMSEY | APPROVED CASH ADVANCE | 1306 E. HIGHLAND AVENUE SELMA, AL 36701 | 240460 | $ 6.84 |
| 19-20325 | #625 | CRYSTAL NICOLE SEALS | BAMA MOTORS OF SELMA LLC | 1120 J.L. CHESTNUT JR. BLVD SELMA, AL 36701 | 240576 | $ 0.04 |
| 15-00229 | #626 | NICHOLAS JARROD WILLIAMS | EMERGENCY SERVICES OF MOBILE PC | P.O. BOX 12907 NORFOLK, VA 23541 | 241190 | $ 139.66 |
| 15-02753 | #626 | BRANDON W. SAKSA | EXPRESS CHECK ADVANCE OF MISSISSIPPI | 135 N CHURCH STREET SPARTANBURG, SC 29306 | 241220 | $ 39.44 |
| 16-00124 | #626 | WILLIAM LAROY SQUIRES, JR. | EXPRESS CHECK ADVANCE OF MISSISSIPPI | 135 N CHURCH STREET SPARTANBURG, SC 29306 | 241221 | $ 11.87 |
| 19-12328 | #626 | TORY ELIZABETH MINUS | EXPRESS CHECK ADVANCE OF MISSISSIPPI | 135 N CHURCH STREET SPARTANBURG, SC 29306 | 241222 | $ 4.32 |
| 15-01551 | #626 | KYMBERLY DAWN RICHARDSON | EXTRAFUNDS CASH | P.O. BOX 528 HAYS, MT 59527 | 241223 | $ 22.51 |
| 17-01317 | #626 | JOSEPH RICHARD GREEN | FIRST FEDERAL FINANCE | 4805 MOFFETT ROAD #C MOBILE, AL 36618 | 241282 | $ 10.14 |
| 17-02931 | #626 | CHRISTOPHER LEE WELLS | FIRST SUN FINANCE | 2210 UNIVERSITY BLVD. TUSCALOOSA, AL 35401 | 241318 | $ 19.33 |
| 15-00396 | #626 | JACQUELINE ROBINSON BURROUGHS | FIRST US BANK | 604 OAK MOUNTAIN COMMONS LANE PELHAM, AL 35124 | 241326 | $ 51.35 |
| 14-02566 | #625 | MIFIERL CLINTON FIKES | GREEN TREE SERVICING, LLC | P.O. BOX 0049 PALATINE, IL 60055 | 241433 | $ 1.75 |
| 14-02566 | #625 | MIFIERL CLINTON FIKES | GREEN TREE SERVICING, LLC | P.O. BOX 0049 PALATINE, IL 60055 | 241433 | $ 0.04 |
| 15-01881 | #626 | MARANDA D.RICHARDSON | HARRISON FINANCE COMPANY | 1109 N. MCKENZIE STREET FOLEY, AL 36535 | 241525 | $ 23.01 |

GENERAL FUND

ALABAMA FOR THE SOUTHERN DISTRICT OF
FOR THE RESPECTIVE PAYEES AND FOR THE AMOUNT AS SHOWN HEREIN:
COVERING THE PERIOD 08/20/2020

| CASE NO. | | DEBTOR | PAYEE | ADDRESS | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|---|
| 15-02967 | #626 | CRYSTAL JACKSON | MONEY NOW | 1100 HARDY STREET STE 20 HATTIESBURG, MS 39401 | 242006 | $ 0.51 |
| 16-04046 | #626 | JOSHUA MICHAEL KITTRELL CHRISTINA MARIA KITTRELL | STATE OF LOUISIANA DEPARTMENT REVENUE | P.O.BOX 66658 BATON ROUGE, LA 70896 | 242915 | $ 27.14 |
| 15-02967 | #625 | CYRSTAL JACKSON | ZIBBY COGNICAL INC. | 500 7TH AVENUE FLOOR 8 NEW YORK, NY 10018 | 243520 | $ 686.55 |
| 15-02967 | #625 | CYRSTAL JACKSON | ZIBBY COGNICAL INC. | 500 7TH AVENUE FLOOR 8 NEW YORK, NY 10018 | 243520 | $ 8.95 |
| 19-13230 | #634 | IRNA LESHAYNE BECKHAM | IRNA LESHAYNE BECKHAM | 19330 SHEPARD LAKE ROAD EAST MOUNT VERNON, AL 36560 | 243540 | $ 5,851.86 |
| 15-02214 | #632 | CAROLYN J. BROWN | CAROLYN J. BROWN | 300 CAROLYN DRIVE ATMORE, AL 36502 | 243556 | $ 252.24 |
| 15-00283 | #632 | CRAIG COOKS SHARON PAULETTE COOKS | CRAIG COOKS SHARON PAULETTE COOKS | 2800 GILL ROAD MOBILE, AL 36605 | 243578 | $ 26.96 |
| 20-10355 | #634 | JERRY EDWARDS PAMELA J. HOLLEY | JERRY EDWARDS PAMELA J. HOLLEY | 7416 DEAKLE ROAD IRVINGTON, AL 36544 | 243593 | $ 134.10 |
| 15-01846 | #632 | ANDREW ELLINGBURG TARA ELLINGBURG | ANDREW ELLINGBURG TARA ELLINGBURG | 3162 BROWN ROAD MOBILE, AL 36605 | 243594 | $ 21.95 |
| 16-03080 | #632 | LEE E. EUBANKS | LEE E. EUBANKS | 525 CELESTE ROAD APT N SARALAND, AL 36571 | 243595 | $ 238.14 |
| 15-02557 | #632 | EDDIE HEDGGEMAN | EDDIE HEDGGEMAN | 1354 REAMS DRIVE EAST MOBILE, AL 36608 | 243624 | $ 17.16 |
| 14-00744 | #632 | JAMES P. JONES | JAMES P. JONES | 1250 AMELIA AVENUE MOBILE, AL 36608 | 243650 | $ 0.24 |
| 17-00242 | #632 | HORACE EDWARD MILES, III | HORACE EDWARD MILES, III | 1601 WEXFORD STREET MOBILE, AL 36605 | 243694 | $ 1,719.73 |
| 17-02017 | #632 | DANIELLE N. PARKER | DANIELLE N. PARKER | 10465 GAINESTOWN ROAD JACKSON, AL 36545 | 243716 | $ 220.18 |
| 17-02017 | #632 | DANIELLE N. PARKER | DANIELLE N. PARKER | 10465 GAINESTOWN ROAD JACKSON, AL 36545 | 243717 | $ 205.67 |

GENERAL FUND

FOR THE SOUTHERN DISTRICT OF
ALABAMA FOR THE RESPECTIVE PAYEES AND FOR THE AMOUNT AS SHOWN HEREIN:
COVERING THE PERIOD 08/20/2020

| CASE NO. | | DEBTOR | PAYEE | ADDRESS | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|---|
| 15-00077 | #632 | RONALD EUGENE PAUL PAMELA ANN PAUL | RONALD EUGENE PAUL PAMELA ANN PAUL | 8059 ANTHONY DRIVE SOUTH THEODORE, AL 36582 | 243719 | $ 1.95 |
| 15-01172 | #632 | ROBERT FERDIE PIPPEN TAMMY MARIE PIPPEN | ROBERT FERDIE PIPPEN TAMMY MARIE PIPPEN | P O BOX 82181 MOBILE, AL 36689 | 243724 | $ 0.34 |
| 15-02007 | #632 | ROBERT LEE RAMSEY QUEEN ESTER RAMSEY | ROBERT LEE RAMSEY QUEEN ESTER RAMSEY | 1408 MECHANIC STREET SELMA, AL 36701 | 243729 | $ 0.42 |
| 15-00819 | #632 | CHARLES EDWARD ROBERTSON, JR. | CHARLES EDWARD ROBERTSON, JR. | 658 ELMIRA STREET MOBILE, AL 36603 | 243736 | $ 0.78 |
| 15-00481 | #632 | TYWANIS ROBINSON | TYWANIS ROBINSON | 955 S. FRONT AVENUE #301 DEMOPOLIS, AL 36732 | 243737 | $ 24.29 |
| 19-10906 | #632 | CANDACE R. SHADLE | CANDACE R. SHADLE | 101 FOREMAN ROAD APT C33 MOBILE, AL 36608 | 243752 | $ 48.00 |
| 14-03253 | #632 | RICKY STANTON SULLIVAN | RICKY STANTON SULLIVAN | 842 JOLLY ODOM ROAD MILLRY, AL 36558 | 243771 | $ 0.05 |
| 14-03977 | #632 | SUSIE P. TURNER | SUSIE P. TURNER | 13230 STAGE COACH ROAD #F42 SPANISH FORT, AL 36527 | 243790 | $ 48.94 |
| 15-00867 | #632 | ELIZABETH BROOKS WALTON | ELIZABETH BROOKS WALTON | 452 BRINDLEWOOD DRIVE MOBILE, AL 36608 | 243795 | $ 2.73 |
| 15-01136 | #632 | JAMARCUS LEVAIN WHITE | JAMARCUS LEVAIN WHITE | 461 SEABREEZE ROAD EAST M3 MOBILE, AL 36609 | 243802 | $ 5.88 |
| 15-00430 | #632 | FREDERICK LEVALL WILLIAMS, JR. | FREDERICK LEVALL WILLIAMS, JR. | 7759 BELLINGRATH ROAD THEODORE, AL 36582 | 243810 | $ 0.18 |
| | | | | | | $ 10,069.78 |

TOTAL

| G/L | #625 | | | | | $ 888.20 |
| G/L | #626 | | | | | 359.81 |
| G/L | #632 | | | | | 2,835.81 |
| G/L | #634 | | | | | 5,985.96 |
| | | | | | | $ 10,069.78 |